# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Manion, Daniel A. | USCA-7 | 02/04/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☑ Amended Report | 01/01/2013 <br> **to** <br> 12/31/2013 |

**7. Chambers or Office Address**

301 Grant Federal Building
204 S. Main Street
South Bend, IN 46601

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 02/04/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Manion, Daniel A.** | 02/04/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank checking accounts | A | Interest | K | T | | | | | |
| 2. First Opportunity Fund | A | Dividend | J | T | | | | | |
| 3. UBS deposit account | A | Distribution | M | T | | | | | |
| 4. Diamonds | | None | J | W | | | | | |
| 5. Boeing Company common stock | B | Dividend | L | T | | | | | |
| 6. Nuveen High Yield Fund | A | Interest | | | Sold | 9/26/13 | K | | |
| 7. Blackrock Muni | B | Dividend | K | T | Sold | 04/26/13 | J | B | |
| 8. | B | Dividend | K | T | Buy | | K | | |
| 9. Barclays Bank preferred | A | Dividend | J | T | | | | | |
| 10. Credit Suisse preferred | A | Dividend | | | Sold | 03/28/13 | J | A | |
| 11. Deutsche Bank preferred | A | Dividend | J | T | | | | | |
| 12. ING Group preferred | A | Dividend | J | T | | | | | |
| 13. Bank of America preferred | A | Dividend | | | Sold | 05/28/13 | J | | |
| 14. South Bend Redev. Bond | A | Interest | J | T | | | | | |
| 15. Indiana St. Dev. Bond | A | Interest | J | T | | | | | |
| 16. Chicago IL O'Hare bond | A | Interest | J | T | | | | | |
| 17. Brownsville TX bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 02/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oppenheimer Steelpath | B | Distribution | K | T | Buy | 03/18/13 | K | | |
| 19. Nuveen Interduration | A | Int./Div. | K | T | Buy | 09/26/13 | K | | |
| 20. Indianapolis IN loc bond | A | Interest | J | T | | | | | |
| 21. Indianapolis IN gas bond | A | Interest | J | T | | | | | |
| 22. Hamilton Co. OH bond | A | Interest | J | T | | | | | |
| 23. Kane/DeKalb Co. IL bond | B | Interest | K | T | | | | | |
| 24. University of Akron bond | A | Interest | J | T | | | | | |
| 25. UBS deposit account | A | Distribution | M | T | | | | | |
| 26. IRA Items (H) | | | | | | | | | |
| 27. -General Electric | A | Dividend | | | Sold | 02/21/13 | J | B | |
| 28. -Davis NY Venture Fund | B | Distribution | K | T | | | | | |
| 29. -Franklin Balance Sheet | D | Distribution | L | T | | | | | |
| 30. -Franklin Income Fund | A | Distribution | K | T | | | | | |
| 31. -American Mutual Fund | A | Distribution | K | T | Buy | 02/20/13 | J | | |
| 32. | A | Distribution | K | T | Buy | 06/25/13 | J | | |
| 33. -Powershares S&P 500 Fund | B | Distribution | K | T | Buy | 01/04/13 | J | | |
| 34. | B | Distribution | K | T | Buy | 01/11/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 02/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Lord Abbett Short Duration Income Fund (LALDX) | A | Distribution | K | T | Buy | 01/25/13 | J | | |
| 36. | A | Distribution | K | T | Buy (add'l) | 03/26/13 | J | | |
| 37. | A | Distribution | K | T | Buy (add'l) | 05/02/13 | J | | |
| 38. -Royce Total Return Fund (RYTRX) | B | Distribution | K | T | Buy | 01/25/13 | J | | |
| 39. | B | Distribution | K | T | Buy (add'l) | 05/21/13 | J | | |
| 40. | B | Distribution | K | T | Buy (add'l) | 08/30/13 | J | | |
| 41. -Vanguard Intermediate Bond Fund | A | Distribution | K | T | | | | | |
| 42. -Wells Fargo Bond Fund | A | Distribution | J | T | Buy | 01/17/13 | J | | |
| 43. | A | Distribution | J | T | Buy (add'l) | 03/26/13 | J | | |
| 44. - Rowe T Price Growth Fund | A | Distribution | K | T | Buy | 06/05/13 | J | | |
| 45. - Baird Gen Mkt Fund | A | Int./Div. | K | T | | | | | trans from UBS #97 |
| 46. - SPDR Series Trust Fund | A | Distribution | J | T | Buy | 06/25/13 | J | | |
| 47. - Permanent Portfolio Fund | A | Distribution | J | T | Buy | 05/02/13 | J | | |
| 48. - State of Indiana retirement | | None | | | Redeemed | 03/20/13 | J | | |
| 49. - Growth Fund America | B | Distribution | K | T | | | | | |
| 50. - Conocophillips | A | Dividend | J | T | Sold | 08/30/13 | J | B | |
| 51. - SPDR Series Trust | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 02/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Microsoft Corp | A | Dividend | K | T | Sold | 06/25/13 | K | C | |
| 53. - American Mutual Fund | A | Distribution | K | T | Buy | 01/25/13 | K | | |
| 54. | A | Distribution | K | T | Buy (add'l) | 06/05/13 | J | | |
| 55. - Harbor Intn'l | A | Distribution | J | T | Buy | 05/21/13 | J | | |
| 56. | A | Distribution | J | T | Buy (add'l) | 12/05/13 | J | | |
| 57. - Powershares S&P 500 Fund | A | Distribution | K | T | | | | | |
| 58. - Royce Total Return Fund (RYTRX) | B | Distribution | K | T | Buy | 01/25/13 | J | | |
| 59. | B | Distribution | K | T | Buy (add'l) | 02/04/13 | J | | |
| 60. - Lord Abbett Short Duration Income Fund (LALDX) | A | Distribution | K | T | Buy | 03/26/13 | J | | |
| 61. - Vanguard Intermediate Term Fnd | A | Distribution | J | T | | | | | |
| 62. -Wells Fargo Bond Fund | A | Distribution | J | T | Buy | 01/17/13 | J | | |
| 63. | A | Distribution | J | T | Buy (add'l) | 05/02/13 | J | | ` |
| 64. - Prudential Invt Parts, formerly20/20 Fund (Jennison) | E | Distribution | L | T | | | | | |
| 65. Northwestern Mutual Life Insurance (whole life policy) | | None | N | T | | | | | |
| 66. Unimproved real estate St. Joseph Cty, IN | | None | L | W | | | | | |
| 67. Baird Trust Acct (H) | | | | | | | | | |
| 68. - Automatic Data Processing (ADP) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 02/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.    - Target Corp. common | B | Dividend | L | T | Sold (part) | 04/16/13 | J | D | |
| 70.    - Kellogg Company | A | Dividend | K | T | | | | | |
| 71.    -Blackrock Inc. | B | Dividend | L | T | Buy | 09/15/13 | J | | |
| 72.    - Express Scripps Holding | | None | L | T | Buy | 04/17/13 | J | | |
| 73.    - Factset Research Systems | A | Dividend | L | T | | | | | |
| 74.    - AT&T Inc. | B | | L | T | Buy | 10/04/13 | L | | |
| 75.    - Illinois Tool Works common | A | Dividend | L | T | | | | | |
| 76.    -Inte l Corp common | A | Dividend | J | T | | | | | |
| 77.    - Varian Medical | | None | L | T | Buy | 04/16/13 | J | | |
| 78. | | None | L | T | Buy | 05/06/13 | J | | |
| 79.    - Johnson & Johnson | B | Dividend | K | T | | | | | |
| 80.    - Procter & Gamble common | C | Dividend | L | T | | | | | |
| 81.    - Dreyfus Muni Money Market | A | Distribution | M | T | | | | | |
| 82.    - Fiserv Inc. | | None | M | T | | | | | |
| 83.    - Becton Dickinson & Co. | A | Dividend | K | T | | | | | |
| 84.    - Ecolab common | A | Dividend | L | T | | | | | |
| 85.    - Patterson Companies common | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 02/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Cognizant Technology | | None | K | T | Buy | 05/06/13 | K | | |
| 87. | | None | K | T | Buy (add'l) | 07/29/13 | J | | |
| 88.   - Fastenal common | B | Dividend | L | T | | | | | |
| 89.   - Permanent Portfolio Fund | B | Dividend | K | T | | | | | |
| 90.   - Stericycle Inc. | | None | K | T | | | | | |
| 91.   - Techne Corp. | A | Dividend | K | T | Buy | 03/01/13 | J | | |
| 92.   - Powershares Global | A | Dividend | | | Sold | 10/29/13 | K | | |
| 93.   - BP PLC common | C | Dividend | L | T | | | | | |
| 94.   - Century Link Inc. | C | Dividend | | | Sold | 10/04/13 | L | | |
| 95.   - Valmont Industries | A | Dividend | L | T | | | | | |
| 96.   - Cisco Systems common | A | Dividend | K | T | | | | | |
| 97.   - Gillead Sciences common | | None | L | T | | | | | |
| 98.   - Harley Davidson common | B | Dividend | L | T | | | | | |
| 99.   - Pepsico Inc. | B | Dividend | L | T | | | | | |
| 100.  - Emerson Electric | B | Dividend | L | T | | | | | |
| 101.  - EQT Corp. | A | Dividend | L | T | | | | | |
| 102.  - Microsoft Corp | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - McCormick & Co. | A | Dividend | L | T | | | | | |
| 104. - Wells Fargo Muni Bond | A | Dividend | L | T | Buy | 10/29/13 | L | | |
| 105. - General Electric | A | Dividend | K | T | | | | | |
| 106. - Harris Corp. | B | Dividend | K | T | Sold (part) | 04/13/13 | J | D | |
| 107. General Electric | B | Dividend | K | T | | | | | |
| 108. Pfizer Inc. | A | Dividend | J | T | | | | | |
| 109. NYSE Euronext | A | Dividend | | | Sold | 11/13/13 | K | D | |
| 110. Peabody Energy Corp | A | Dividend | | | Sold | 12/11/13 | J | | |
| 111. Corning | A | Dividend | K | T | | | | | |
| 112. Limelight Networks | | None | J | T | | | | | |
| 113. Dupont | B | Dividend | K | T | | | | | |
| 114. Frontier Communications | A | Dividend | J | T | | | | | |
| 115. JM Smucker | A | Dividend | J | T | | | | | |
| 116. Ohio State Higher EDL FAC REV BE/R/ Fund | A | Interest | K | T | | | | | |
| 117. UBS custodial accts:Fidelity Adv. dividend growth | A | Int./Div. | J | T | | | | | |
| 118. Alliance College Bound 529 Plan 1: CBF Moderate growth (1996-1998) | | None | L | T | | | | | |
| 119. Alliance College Bound 529 Plan 2: CBF Moderate growth (1990-1992) | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. American Funds College America Plan | | None | M | T | Redeemed (part) | 01/15/13 | J | | w/draw tuition payment |
| 121. | | | | | Redeemed (part) | 07/12/13 | K | | /w/draw tuition payment |
| 122. | | | | | Redeemed (part) | 12/15/13 | J | | w/draw tuition payment |
| 123. | | | | | Redeemed (part) | 01/04/13 | J | | w/draw tuition payment |
| 124. | | | | | Redeemed (part) | 08/13/13 | J | | w/draw tuition payment |
| 125.  - American Balance Fund 529A | | | | | | | | | |
| 126.  - Growth Fund of America 529A | | | | | | | | | |
| 127. College Choice Advisor Plan: 2016 Enrollment | | None | K | T | Buy | 12/11/13 | J | | |
| 128. Ford Motor Co. | A | Dividend | K | T | Buy | 03/08/13 | J | | |
| 129. John Deere | A | Dividend | | | Buy | 03/08/13 | J | | |
| 130. John Deere | A | Dividend | | | Sold | 04/13/13 | J | | |
| 131. US Charitable Gift Fund | C | Distribution | M | T | | | | | |
| 132. Notre Dame Federal Credit Union savings | A | Dividend | K | T | | | | | |
| 133. FT Franklin Fed interim mutual fund | C | Interest | M | T | | | | | |
| 134. Energy Transfers Partners | B | Int./Div. | K | T | | | | | |
| 135. Fernandina Beach FL muni bond | A | Interest | | | Sold | 09/01/13 | K | | |
| 136. Cape Coral FL muni bond | A | Interest | K | T | | | | | |

1. Income Gain Codes:       A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less       K =$15,001 - $50,000       L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal             R =Cost (Real Estate Only)   S =Assessment       T =Cash Market
   (See Column C2)            U =Book Value            V =Other                     W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Kane McHenry muni bond ▒ | B | Interest | K | T | | | | | |
| 138. Indiana St Fin Auth muni bond ▒ | A | Interest | J | T | | | | | |
| 139. Washoe County Nev muni bond ▒ | A | Interest | | | Sold | 09/26/13 | L | B | |
| 140. Nuveen high yield municipal bond fund ▒ | B | Interest | | | Sold | | | | |
| 141. John Deere ▒ | | None | | | Buy | 04/19/13 | K | | |
| 142. | | | | | Sold | 04/26/13 | K | A | |
| 143. Intercontinental Exchange (ICE) | A | Dividend | K | T | Buy | 11/15/13 | K | | |
| 144. Philip Morris (PM) | A | Dividend | J | T | Buy | 03/08/13 | J | | |
| 145. Raytheon Co. (RTN) | A | Dividend | K | T | Buy | 03/08/13 | K | | |
| 146. GE Cap Fixed Rate CD | A | Int./Div. | L | T | Buy | 09/30/13 | L | | |
| 147. United States Treasury | | None | K | T | Buy | 09/30/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Manion, Daniel A.** | 02/04/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line  103: Self-directed charitable foundation (value donated to charity reduced corpus in fund)

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 02/04/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Daniel A. Manion**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544